# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE



v.

)
)
)
)
)
)

NO. 1:20-cv-322

(To be assigned by the Clerk's Office.
Do not write in this blank.)

## APPLICATION TO PROCEED IN FORMA PAUPERIS
## WITH SUPPORTING DOCUMENTATION

I, Kexmont O. Pugh , declare that I am the:

[✓] plaintiff/petitioner

[ ] defendant/respondent

[ ] Other: _____

in the above-reverenced proceeding. In support of my request to proceed without being required to prepay fees or give security therefor, I state that because of my poverty, I am unable to pay the fees for this action or give security therefor. I believe that I am entitled to the relief sought in my complaint/petition/answer/response. The nature of my action, defense, or other proceeding or the issues I intend to present are briefly stated as follows:

In further support of this application, I answer the following questions:

Page 1 of 10

# PERSONAL INFORMATION, EMPLOYMENT AND INCOME DATA

NAME (First     Middle     Last)          YEAR OF BIRTH

Kezmond P. Pugh               1985

SOCIAL SECURITY NUMBER (last 4 digits only)       PHONE NOS.

8990                      423-432-4804

HOME ADDRESS: 790 1st st se cleveland, Tn 37311

~~Own~~                     ~~22~~

OWN OR RENT? Own        HOW LONG AT CURRENT ADDRESS? 22

MARITAL STATUS: Single

NAME AND ADDRESS OF CURRENT EMPLOYER:

Life Bridges Inc
764 Old Chattanooga Pike SW
Cleveland, Tn 37311

TELEPHONE NUMBER OF EMPLOYER: ~~1 year~~ 423-472-5268

HOW LONG AT CURRENT EMPLOYMENT? 1 year

OCCUPATION (Describe what you do):

Direct Support Staff

IF EMPLOYED, STATE BOTH THE GROSS AND NET AMOUNTS OF YOUR SALARY AND WAGES PER MONTH.

GROSS $1745.00           NET: 642.74

IF NOT CURRENTLY EMPLOYED, GIVE MONTH AND YEAR OF LAST EMPLOYMENT:

HOW MUCH DID YOU EARN PER MONTH AT YOUR LAST EMPLOYMENT:

Page 2 of 10

Case 1:20-cv-00322-CEA-SKL    Document 1    Filed 11/20/20    Page 2 of 10    PageID #: 2

HAVE YOU RECEIVED ANY MONEY FROM ANY OF THE FOLLOWING SOURCES
WITHIN THE PAST TWELVE MONTHS?

Business, professional or other form of self-employment?   [ ] Yes     [ ] No

If YES, state the source and amount:

Rent payments, interest, or dividends?                    [ ] Yes     [ ] No

If YES, state the source and amount:

Pensions, annuities, or life insurance payments?          [ ] Yes     [ ] No

If YES, state the source and amount:

Gifts or inheritance?                                     [ ] Yes     [ ] No

If YES, state the source and amount:

Any other source?                                         [ ] Yes     [ ] No

If YES, state the source and amount:

Case 1:20-cv-00322-CEA-SKL    Document 1    Filed 11/20/20    Page 3 of 10    PageID #: 3

## ASSETS:

LIST ANY OF THE FOLLOWING ASSETS THAT YOU OWN AND THE TOTAL VALUE

| | |
|---|---|
| CASH | $ |

CHECKING ACCOUNTS TOTAL BALANCE (List Banks Below)    $
**(Do NOT include account numbers)**

$1,165.26

SAVINGS ACCOUNTS–TOTAL BALANCE (List Banks Below)    $
**(Do NOT include account numbers)**

STOCKS AND BONDS    $

REAL ESTATE–CURRENT FAIR MARKET VALUE
(List Locations Below)

   $_____

   $_____

   $_____

**TOTAL REAL ESTATE**    $_____

Page 4 of 10

Case 1:20-cv-00322-CEA-SKL    Document 1    Filed 11/20/20    Page 4 of 10    PageID #: 4

VALUE OF PERSONAL PROPERTY, EXCLUDING VEHICLES (Itemize)

_____  $_____

_____  $_____

_____  $_____

**TOTAL PERSONAL PROPERTY**  $_____

MOTOR VEHICLES

Year/Make          License No.                    Current Value

_____  $_____

_____  $_____

_____  $_____

**TOTAL VALUE OF MOTOR VEHICLES**  $_____

DEBTS OWED TO YOU (Give Name of Debtor)

_____  $_____

_____  $_____

_____  $_____

**TOTAL DEBTS OWED TO YOU**  $_____

OTHER ASSETS (ITEMIZE)

_____  $_____

_____  $_____

_____  $_____

**TOTAL OTHER ASSETS**  $_____

**TOTAL OFF ALL ASSETS: $_____**

Case 1:20-cv-00322-CEA-SKL    Document 1    Filed 11/20/20    Page 5 of 10    PageID #: 5

## LIABILITIES
## (DO NOT INCLUDE ACCOUNT NUMBERS)

NOTES (LOANS) PAYABLE TO BANKS (List bank name and amount of loan only)

Southbord                          $ 13,000

Smart Choice Credit Union          $ 4,500

_____                  $ _____

| | |
|---|---|
| **TOTAL LOANS PAYABLE TO BANKS** | $ |

| | |
|---|---|
| NOTES (LOANS PAYABLE TO OTHERS) | $ 500.00 |
| MORTGAGES PAYABLE ON REAL ESTATE | $ |
| CREDIT CARDS AND ACCOUNTS PAYABLE TO CREDITORS | $ |
| MEDICAL BILLS | $ |
| TAXES AND ASSESSMENTS PAYABLE | $ |

OTHER LIABILITIES (Itemize)

_____                  $ _____

_____                  $ _____

_____                  $ _____

**TOTAL LIABILITIES** $ 500.00

Page 6 of 10

## LIVING EXPENSES

| | Monthly Payment | Balance Owing |
|---|---|---|
| [✓]RENT or [ ]MORTGAGE PAYMENT (check one) | $ 250.00 | $ |
| ELECTRICITY | $ 200.00 | $ |
| WATER | $ | $ |
| GAS | $ | $ |
| TELEPHONE | $ 300.00 | $ |
| FOOD | $ | $ |
| ALIMONY | $ | $ |
| CHILD SUPPORT | $ | $ |
| CHILD CARE | $ | $ |
| SCHOOL EXPENSES | $ | $ |
| AUTOMOBILE NOTE | $ 369.00 | $ |
| AUTOMOBILE INSURANCE | $ 139.00 | $ |
| AUTOMOBILE REPAIRS | $ | $ |
| GASOLINE | $ 100 | $ |
| FURNITURE NOTE | $ | $ |
| CLOTHING | $ | $ |
| CABLE TELEVISION | $ 153.00 | $ |
| LIFE INSURANCE | $ 56.00 | $ |
| HOSPITALIZATION INSURANCE | $ | $ |
| DOCTORS | $ 258.00 | $ |
| DRUGS | $ 40 | $ |
| CREDIT CARDS | $ | $ |
| OTHER CHARGE ACCOUNTS OR CREDITORS | $ | $ |
| TAXES | $ | $ |
| ANY OTHER EXPENSES (LIST) | | |
| _____ | $ | $ |
| _____ | $ | $ |
| _____ | $ | $ |
| _____ | $ | $ |
| **TOTAL EXPENSES** | | $ 1,865 |

Case 1:20-cv-00322-CEA-SKL    Document 1    Filed 11/20/20    Page 7 of 10    PageID #: 7

## SPOUSES' PERSONAL INFORMATION; EMPLOYMENT AND INCOME DATA

NAME (First      Middle      Last)          YEAR OF BIRTH

SOCIAL SECURITY NUMBER (last 4 digits only)       PHONE NOS.

HOME ADDRESS (if different from yours):

OWN OR RENT?         HOW LONG AT CURRENT ADDRESS?

NAME AND ADDRESS OF CURRENT EMPLOYER:

TELEPHONE NUMBER OF EMPLOYER:

HOW LONG AT CURRENT EMPLOYMENT?

OCCUPATION (Describe what your spouse does):

SPOUSE'S CURRENT MONTHLY INCOME:

        Salary or Wages         $_____

        Commissions         $_____

        All other sources (Pensions; Soc.Sec.;
        Rent; Interest; Dividends; Alimony, etc.)    $_____

           **TOTAL:**        $_____

Case 1:20-cv-00322-CEA-SKL    Document 1    Filed 11/20/20    Page 8 of 10    PageID #: 8

## NAME OF DEPENDENTS AND INCOME (If any)
### (For Minor Children, only provide first initials)

Names:                          Age:            Relationship:        Living
                                                                     With Whom?

_____

_____

_____

_____

_____

TOTAL MONTHLY INCOME OF DEPENDENTS INCLUDING
CHILD SUPPORT PAYMENTS (exclude spouse)                  $_____

**TOTAL MONTHLY INCOME OF APPLICANT, SPOUSE,
AND DEPENDENTS**                                         $_____

Case 1:20-cv-00322-CEA-SKL     Document 1     Filed 11/20/20     Page 9 of 10     PageID #: 9

# <u>AFFIDAVIT</u>

**I hereby certify that the above statement is true and that it is a complete statement of all my income and assets, real and personal, whether held in my name or by any other, under penalty of perjury.**

_11·20_
**DATE**

_Kenneth_
**SIGNATURE**

Created:        January 31, 2007
IPF Application.wpd

Case 1:20-cv-00322-CEA-SKL     Document 1     Filed 11/20/20     Page 10 of 10     PageID #: 10